UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJEOMA ESOMONU, on behalf of herself, all others similarly situated,<br><br>  *Plaintiff*,<br><br>  vs.<br><br>OMNICARE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>  *Defendants*. | Case No.  3:15-CV-02003-JSC<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  August 21, 2015<br>Time:  10:00 a.m<br>Ctrm:  1<br><br>Action Filed:  May 4, 2015 |

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | The Court, having considered the Parties' Joint Stipulation to Continue the |
| 3 | August 17, 2015 Status Conference (the "Stipulation"), and for good cause shown, |
| 4 | HEREBY ORDERS that: |
| 5 | The Stipulation is GRANTED. |
| 6 | The Status Conference in this case, previously scheduled for August 21, 2015, |
| 7 | is continued to September 25, 2015 at   10:00   a.m./p.m. |
| 8 | IT IS SO ORDERED. |

\_\_\_\_\_08/18\_\_\_\_\_, 2015



Judge Samuel Conti

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE