# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJEOMA ESOMONU, on behalf of herself, all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>OMNICARE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>*Defendants*.<br><br>— | Case No. 3:15-CV-02003-HSG<br><br>[PROPOSED] **ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Action Filed: May 4, 2015 |

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE

# [PROPOSED] ORDER

The Court, having considered the Parties' Joint Stipulation to Continue the Deadline to File a Motion for Preliminary Approval (the "Stipulation"), and for good cause shown, HEREBY ORDERS that:

The Stipulation is GRANTED.

The deadline to file a motion for preliminary approval is continued until May 23, 2016.

IT IS SO ORDERED.

_____ April 26, 2016

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.