Chad D. Bernard (State Bar No. 194162)
JACKSON LEWIS P.C.
225 Broadway, 20th Floor
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
E-mail: BernardC@jacksonlewis.com

Scott P. Jang (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: scott.jang@jacksonlewis.com

Attorneys for Defendant
OMNICARE, INC.

Shaun Setareh (State Bar No. 204514)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
E-mail: shaun@setarehlaw.com

Attorneys for Plaintiff
IJEOMA ESOMONU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJEOMA ESOMONU, on behalf of herself, all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>OMNICARE, INC., a Delaware corporation; and DOES 1-10 inclusive,<br><br>             Defendants. | Case No. 3:15-cv-02003-HSG<br><br>**ORDER TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Action Filed: May 4, 2015 |

# ORDER

The Court, having considered the Parties' Joint Stipulation to Continue the Deadline to File a Motion for Preliminary Approval (the "Stipulation"), and for good cause shown, HEREBY ORDERS that:

The Stipulation is GRANTED.

The deadline to file a motion for preliminary approval is continued until June 13, 2016.

IT IS SO ORDERED.

May 24, 2016                    Honorable Haywood S. Gilliam, Jr.