Chad D. Bernard (State Bar No. 194162)
JACKSON LEWIS P.C.
225 Broadway, 20th Floor
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
E-mail: BernardC@jacksonlewis.com

Scott P. Jang (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: scott.jang@jacksonlewis.com

Attorneys for Defendant
OMNICARE, INC.

Shaun Setareh (State Bar No. 204514)
Tuvia Korobkin (State Bar No. 268066)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
E-mail: shaun@setarehlaw.com
        tuvia@setarehlaw.com

Attorneys for Plaintiff
IJEOMA ESOMONU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJEOMA ESOMONU, on behalf of herself, all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>OMNICARE, INC., a Delaware corporation; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 3:15-cv-02003-HSG<br><br>**ORDER EXTENDING DEADLINE FOR FILING SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  November 3, 2016<br>Time:  2:00 p.m.<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Court:  Courtroom 15<br>     450 Golden Gate Ave.<br>     San Francisco, CA 94102 |

1

[PROPOSED] ORDER EXTENDING DEADLINE FOR SUPPLEMENTAL
BRIEFING ISO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT   Case No. 3:15-cv-02003-HSG

Pursuant to the parties' stipulation, and good cause appearing, the deadline for the parties to file supplemental briefing in support of the motion for preliminary approval of class settlement is extended by three weeks, to October 20, 2016.

**IT IS SO ORDERED.**

Dated:  September 21, 2016

Honorable Haywood S. Gilliam, Jr.
United States District Judge

4811-9627-9609, v. 1