Chad D. Bernard (State Bar No. 194162)
JACKSON LEWIS P.C.
225 Broadway, 20th Floor
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
E-mail: BernardC@jacksonlewis.com

Scott P. Jang (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: scott.jang@jacksonlewis.com

Attorneys for Defendant
OMNICARE, INC.

Shaun Setareh (State Bar No. 204514)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
E-mail: shaun@setarehlaw.com

Attorneys for Plaintiff
IJEOMA ESOMONU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJEOMA ESOMONU, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OMNICARE, INC., a Delaware corporation; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:15-cv-02003-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING DEADLINES** |

Per the Court's instruction, the Parties have met and conferred regarding the deadline for close of discovery and a briefing schedule for class certification. The Parties propose and hereby stipulate to the following schedule:

| Deadline | Date |
| --- | --- |
| Close of Discovery | August 31, 2017 |
| Filing Deadline for Motion for Class Certification | October 27, 2017 |
| Opposition to Motion for Class Certification | November 29, 2017 |
| Reply for Motion for Class Certification | December 13, 2017 |
| Hearing on Motion for Class Certification | January 11, 2018 @ 2:00 p.m. |
| Case Management Conference (setting expert discovery deadlines and trial dates) | To be determined, if necessary |

Dated: May 8, 2017    JACKSON LEWIS P.C.

By:    /s/ Chad D. Bernard[1]
       Chad D. Bernard
       Scott P. Jang
       Attorneys for Defendant
       OMNICARE, INC.

Dated: May 8, 2017    SETAREH LAW GROUP

By:    /s/ Shaun Setareh
       Shaun Setareh
       Attorneys for Plaintiff
       IJEOMA ESOMONU

Per the Parties' stipulation, and good cause appearing, the schedule set forth above is hereby adopted. **IT IS SO ORDERED.**

Date: 5/9/2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge

4817-6125-9336, v. 1

---

[1] Pursuant to Local Rule 5-1(i), the ECF-filing party attests that concurrence in the filing of this document has been obtained from each of the signatories.