Chad D. Bernard (State Bar No. 194162)
JACKSON LEWIS P.C.
225 Broadway, 20th Floor
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
E-mail: BernardC@jacksonlewis.com

Scott P. Jang (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: scott.jang@jacksonlewis.com

Attorneys for Defendant
OMNICARE, INC.

Shaun Setareh (State Bar No. 204514)
Tuvia Korobkin (State Bar No. 268066)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
E-mail: shaun@setarehlaw.com
        tuvia@setarehlaw.com

Attorneys for Plaintiff
IJEOMA ESOMONU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJEOMA ESOMONU, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OMNICARE, INC., a Delaware corporation; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:15-cv-02003-HSG<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE**<br><br>Complaint Filed: May 4, 2015<br>Trial Date: None |

1         Defendant Omnicare, Inc. and Plaintiff Esomonu Ijeoma hereby stipulate to extending the

2 discovery deadline to **October 27, 2017**.  The Parties reach this stipulation because the Parties'

3 counsel and witnesses are experiencing deposition scheduling conflicts.  In addition, the Parties

4 are engaged in on-going meet and confer efforts regarding written discovery, and believe that

5 additional time would be fruitful.  Finally, the Parties are continuing exploring possible settlement

6 of this matter with U.S. Magistrate Judge Kandis Westmore (ECF No. 69).  Accordingly, for all

7 these reasons, the Parties respectfully request the Court extend the discovery deadline to **October**

8 **27, 2017**.

9

10 **IT IS SO STIPULATED.**

11

12 Dated:  July 26, 2017                         JACKSON LEWIS P.C.

13

14                                By:         /s/ Chad D. Bernard

15                                       Chad D. Bernard
Scott P. Jang

16                                     Attorneys for Defendant
OMNICARE, INC.

17

18 Dated:  July 26, 2017                         SETAREH LAW GROUP

19

20                                By:         /s/ Shaun Setareh

21                                       Shaun Setareh
Tuvia Korobkin

22                                     Attorneys for Plaintiff
IJEOMA ESOMONU

23

24

25

26

27

28

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:15-cv-02003-HSG

STIPULATION TO EXTEND DISCOVERY DEADLINE