| | |
|---|---|
| Chad D. Bernard (State Bar No. 194162)<br>JACKSON LEWIS P.C.<br>225 Broadway, 20th Floor<br>San Diego, CA 92101<br>Telephone: (619) 573-4900<br>Facsimile: (619) 573-4901<br>E-mail: BernardC@jacksonlewis.com | Shaun Setareh (State Bar No. 204514)<br>SETAREH LAW GROUP<br>9454 Wilshire Boulevard, Suite 907<br>Beverly Hills, California 90212<br>Telephone: (310) 888-7771<br>Facsimile: (310) 888-0109<br>E-mail: shaun@setarehlaw.com |
| Scott P. Jang (State Bar No. 260191)<br>JACKSON LEWIS P.C.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 394-9400<br>Facsimile: (415) 394-9401<br>E-mail: scott.jang@jacksonlewis.com | Attorneys for Plaintiff<br>IJEOMA ESOMONU |

Attorneys for Defendant
OMNICARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJEOMA ESOMONU, on behalf of herself, all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>OMNICARE, INC., a Delaware corporation; and DOES 1-10 inclusive,<br><br>      Defendants. | Case No. 4:15-cv-02003-HSG<br><br>***AMENDED* STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION HEARING PENDING PRIVATE MEDIATION**<br><br>Date:    January 11, 2018<br>Time:   2:00 p.m.<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Court:  Courtroom 2<br>           1301 Clay Street<br>           Oakland, CA 946122 |

Currently pending before this Court is Plaintiff's motion for class certification, which is scheduled for hearing on January 11, 2018. However, for the reasons set forth below, the Parties respectfully request the Court continue the hearing date to April 5, 2018 in the interest of preserving Court and party resources while the Parties participate in full-day mediation with the Honorable Stephen J. Sundvold (retired), an experienced Mediator in Fair Credit Reporting Act ("FCRA") putative class actions:

1. WHEREAS, on May 4, 2017, the Court referred this case to U.S. Magistrate Judge Kandis A. Westmore for settlement purposes. (ECF No. 66.)

2. WHEREAS, on July 27, 2017, the Parties appeared telephonically before Judge Westmore for an initial conference call, and during which Judge Westmore scheduled this case for a settlement conference on September 18, 2017. (ECF No. 72.)

3. WHEREAS, due to conflicts in schedules, the settlement conference was vacated. (ECF No. 73.)

4. WHEREAS, the Parties have since met and conferred several times to determine a new settlement conference date, but have thus far been unable to find a date that is available for both parties and Judge Westmore.

5. WHEREAS, now that the Parties have fully briefed Plaintiff's motion for class certification (ECF Nos. 74-79), the Parties have a better and more complete understanding of the other party's position and the risks each side faces proceeding with class certification.

6. WHEREAS, the Parties, therefore, believe that it would be fruitful to participate in a full-day private mediation (as opposed to a half-day settlement conference) at this time, and, to this end, have scheduled a full-day private mediation in February with the Honorable Stephen J. Sundvold (retired) at JAMS.

7. WHEREAS, Judge Sundvold has considerable experience in resolving FCRA putative class actions and other employment matters.

8. THEREFORE, in the interest of preserving the Court's and each party's resources, and to maintain the *status quo* pending alternative dispute resolution, the Parties hereby stipulate and respectfully request the Court continue the hearing on Plaintiff's motion for class certification

to April 5, 2018.

**IT IS SO STIPULATED.**

Dated: January 3, 2018                                    JACKSON LEWIS P.C.

By:    /s/ Chad D. Bernard[1]
Chad D. Bernard
Scott P. Jang
Attorneys for Defendant
OMNICARE, INC.

Dated: January 3, 2018                                    SETAREH LAW GROUP

By:    /s/ Shaun Setareh
Shaun Setareh
Attorneys for Plaintiff
IJEOMA ESOMONU

Per the Parties' stipulation, and good cause appearing, the hearing on Plaintiff's motion for class certification (ECF No. 74) is continued to April 5, 2018. The parties are further **DIRECTED** that within seven days of the mediation, the parties **SHALL** file a joint status report of no more than two pages notifying the Court about the results of the mediation.

**IT IS SO ORDERED.**

Date:  1/3/2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge

4818-2054-1786, v. 1

---

[1] Pursuant to Local Rule 5-1(i), the ECF-filing party attests that concurrence in the filing of this document has been obtained from each of the signatories.