UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJEOMA ESOMONU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMNICARE, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-02003-HSG<br><br>**AMENDED SCHEDULING ORDER**<br><br>Re: Dkt. No. 95 |

The Court heard argument on Plaintiff's unopposed motion for preliminary approval on August 9, 2018. Dkt. No. 50. On August 21, the Court granted the motion and directed the parties to submit a proposed schedule for further proceedings. Dkt. No. 89 at 11. The parties submitted a joint proposal on September 6. Dkt. No. 95. Having considered the parties' proposal, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16:

| Event | Date |
|---|---|
| Last day for the settlement administrator to mail notice | October 5, 2018 |
| Last day for plaintiff to file a motion for attorney fees and motion for approval of incentive payment | October 22, 2018 |
| Last day for class members to submit objections and requests for exclusion | November 12, 2018 |
| Final Approval Hearing | December 20, 2018 at 2:00pm. |

These dates may only be altered by order of the Court and only upon a showing of good cause. This order terminates Docket Number 95.

**IT IS SO ORDERED.**

Dated: 9/10/2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge