UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJEOMA ESOMONU,<br><br>    Plaintiff,<br><br>v.<br><br>OMNICARE, INC.,<br><br>    Defendant. | Case No. 15-cv-02003-HSG<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Final Approval Order, Dkt. No. 102, it is hereby ORDERED that final judgment in this matter is entered in accordance with the Final Approval Order and the settlement it incorporates. The Released Claims of all Settlement Class Members and all claims in the action are hereby dismissed in their entirety with prejudice and without costs. Nothing herein waives or prejudices the rights of Class Members who have timely excluded themselves from the settlement.

The Court retains continuing jurisdiction over the Parties, the Action, and the Settlement for purposes of enforcing the Settlement and resolving disputes under the Settlement Agreement. This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED.**

Dated: 2/15/2019

                                                  HAYWOOD S. GILLIAM, JR.
                                                United States District Judge